1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN WASHINGTON OF WASHINGTON
AT SEATTLE

DONALD COLE BURCHETT,

      Plaintiff,

    vs.

D. BARNES RHIT,

      Defendant(s).

CASE NO.    C05-907-TSZ-JPD

ORDER DENYING APPLICATION
TO PROCEED IN FORMA
PAUPERIS AND DISMISSING
CASE

     The application by plaintiff for leave to proceed in forma pauperis was incomplete or defective as set forth in the memorandum from the clerk to plaintiff on May 24, 2005. The clerk advised plaintiff that failure to correct the deficiency or pay the filing fee on or before June 23, 2005 could result in dismissal of the case. Plaintiff has neither paid the filing fee nor adequately supplemented the application to proceed in forma pauperis.

     It is therefore ORDERED:

    (1)    The application to proceed in forma pauperis is DENIED;

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING CASE - C05-907-TSZ-JPD     1

1      (2)      The case is DISMISSED;

2      (3)      The clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge

3              James P. Donohue.

4

5

6      Dated this 11th day of July, 2005.

7

8                              Thomas S Zilly

9                              _____
                              Thomas S. Zilly
                              United States District Judge
10

11    Recommended for entry this

12    11th day of July, 2005.

13

14    /s/  JAMES P. DONOHUE
      United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27    ORDER DENYING APPLICATION TO
      PROCEED IN FORMA PAUPERIS AND
28    DISMISSING CASE - C05-907-TSZ-JPD          2